IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:26MJ5074 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | DARRELL A. CLAY |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR LEAVE TO FILE VICTIM |
| SIMON ANDREW TUCK, | ) | IMPACT STATEMENTS UNDER SEAL |
| | ) | |
| Defendant. | | |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Tracey Ballard Tangeman, Assistant United States Attorney, and respectfully requests this Court grant the government permission for leave to file victim impact statements for purposes of the detention hearing under seal. The undersigned submits that the victim impact statements contain sensitive information that should not be available for public review.

                                                                                                          Respectfully submitted,

                                                                                                           DAVID M. TOEPFER
                                                                                                           United States Attorney

By:   /s/ *Tracey Ballard Tangeman*
        Tracey Ballard Tangeman (OH: 0069495)
        Assistant United States Attorney
        Four Seagate, Suite 308
        Toledo, OH 43604
        (419) 259-6376
        (419) 259-6360 (facsimile)
        Tracey.Tangeman@usdoj.gov